```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINKENG CHEN,

                Plaintiff,

-against-

CHAD WOLF, in his official capacity as Acting Acting Secretary of the U.S. Department of Homeland Security; Kenneth Cuccinelli, in his official capacity as Acting Director, US Citizenship and Immigration Services; Tim Houghton, in his official capacity as Director, USCIS New York City District Office,

                Defendants.

20 Civ. 10420 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 14, 2020 the Court ordered the parties to submit a joint letter and case management plan by February 2, 2021. ECF No. 2 ¶ 4. That submission is now overdue. By **February 5, 2021**, the parties shall file their joint letter and case management plan.

    SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge