USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021

Law Office of Zhen Liang Li
39 East Broadway, Suite 304
New York, NY 10002
Tel: 212-513-1583

VIA ECF
Hon. Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

February 5, 2021

RE: Jinkeng Chen v. Wolf, et al, No. 20 Civ.10420

Dear Judge Torres:

The petitioner in this action, by the undersigned counsel, respectfully request a two-month extension to submit a joint status letter and case management plan (i.e., from February 5, 2021 to April 5, 2021).

The extension is requested insofar as the government-respondents in this action was recently served with the pleadings, and expect to have sufficient time to respond. The requested extension will also afford the government additional time to address the delayed agency-adjudication issue pertaining to the petitioner. Petitioner acknowledges that there is no compelling ground at this moment to set up a case management schedule with fixed dates, or any urgent need for discovery. Rather, all parties agree that certain "scheduling" flexibility to the adjudication agency in the management of its adjudication process may be conducive to a prompt resolution of the dispute. The attorney of the government-respondent also does not oppose to this request.

I thank the Court for its consideration of its letter.

Respectfully submitted,

/s/Zhen Liang Li
Zhen Liang Li
Law Office of Zhen Liang Li
Counsel for Petitioner.
39 East Broadway, Suite 304
New York, New York 10002

---

GRANTED. The conference scheduled for February 9, 2021, is ADJOURNED to **April 12, 2021**, at **10:40 a.m.** By **April 5, 2021**, the parties shall submit a joint letter and case management plan. The Clerk of Court is directed to also terminate the motion at ECF No. 11.

SO ORDERED.

Dated: February 5, 2021
New York, New York

ANALISA TORRES
United States District Judge